**CT Corporation**

**Service of Process Transmittal**
08/11/2021
CT Log Number 540057484

TO: Delilah Banks
Academy Sports + Outdoors
1800 N Mason Rd
Katy, TX 77449-2897

RE: **Process Served in Mississippi**

FOR: ACADEMY LTD. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | RUSSELL I. BISTLE, PLTF. vs. ACADEMY LTD., ETC., ET AL., DFTS. |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # A240221126 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Flowood, MS |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 08/11/2021 postmarked on 08/09/2021 |
| JURISDICTION SERVED : | Mississippi |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 08/11/2021, Expected Purge Date: 08/21/2021<br><br>Image SOP<br><br>Email Notification,  Eneida Centeno  eneida.centeno@academy.com<br><br>Email Notification,  Evelyn Martinez  evelyn.martinez@academy.com<br><br>Email Notification,  Delilah Banks  delilah.banks@academy.com<br><br>Email Notification,  Merri Savage  merri.savage@academy.com<br><br>Email Notification,  Cody Oviedo  cody.oviedo@academy.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

Page 1 of  2 / MK



8/11/2021 12:00:00 AM        402011354190001        5820210811004099

 CT Corporation

**Service of Process Transmittal**
08/11/2021
CT Log Number 540057484

TO: Delilah Banks
Academy Sports + Outdoors
1800 N Mason Rd
Katy, TX 77449-2897

RE: **Process Served in Mississippi**

FOR: ACADEMY LTD. (Domestic State: TX)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Scott D. Smith, Esq.
P.O. Box 4603
Biloxi, MS 39535

U.S. POSTAGE PAID
FCM LETTER
BILOXI, MS
39531
AUG 09, 21
AMOUNT
$7.40
R2305K142461-15

CERTIFIED MAIL

7021 0350 0002 1906 4590

Academy Ltd.
By and Through C T Corporation System
Registered Agent for Service of Process   Suite #101
645 Lakeland East Drive
Flowood, Mississippi 39232

Certified Mail - Return Receipt Requested

39232$9099 R021

RETURN RECEIPT REQUESTED

8/11/2021 12:00:00 AM        402011354190001        5820210811004099

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

RUSSELL I. BISTLE                                                                PLAINTIFF

vs.                                      CIVIL ACTION NO. A2402 21 124

ACADEMY LTD. d/b/a Academy Sports + Outdoors
and JOHN DOES 1 - 5                                                    DEFENDANTS

## SUMMONS

**TO ANY LAWFUL PROCESS SERVER:**

TO:  Academy Ltd. d/b/a Academy Sports + Outdoors
     By and through its Registered Agent for Service of Process
     C T Corporation System
     631 Lakeland East Drive, Flowood, Mississippi, 39208

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Scott D. Smith, Esquire attorney for the Plaintiff, whose address is P.O. Box 4603, BILOXI, MS 39535. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons or Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of the Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the 28 day of July, 2021.

CONNIE LADNER
HARRISON COUNTY CIRCUIT COURT CLERK
P.O. BOX 544
BILOXI, MISSISSIPPI 39533

By: _____ D.C.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

RUSSELL I. BISTLE                                                                                  PLAINTIFF

vs.                                                    CIVIL ACTION NO. A2402-21-124

ACADEMY LTD. d/b/a Academy Sports + Outdoors
and JOHN DOES 1 - 5                                                                              DEFENDANTS

## COMPLAINT

### JURY TRIAL DEMANDED

COMES NOW, Russell I. Bistle (hereinafter "Plaintiff"), by and through undersigned counsel, and files this, his Complaint against Academy, Ltd. d/b/a Academy Sports + Outdoors (hereinafter "Academy" or "Defendant") and John Does 1 - 5, and in support thereof would show unto the Court the following:

1. Plaintiff Russell I. Bistle is an adult resident citizen of Biloxi, Harrison County, Mississippi.

2. Defendant Academy Ltd. is a foreign limited partnership organized and existing under the laws of the State of Texas but which is authorized to conduct and is conducting business within the State of Mississippi and which may be served with process through its registered agent for service of process C T Corporation System, 631 Lakeland East Drive, Flowood, Mississippi, 39208.

3. John Doe 1 - 5 are as yet unidentified corporations or persons who may have participated in the negligent actions which resulted in personal injury and other damages to the Plaintiff herein.

Page 1 of 4

FILED
JUL 28 2021
CONNIE ADNER
CIRCUIT CLERK
BY: _____

4. This Court has jurisdiction over the parties and the subject matter herein as the tort occurred in whole or in part in D'Iberville, Harrison County, Mississippi and the Defendant's retail store is located in D'Iberville, Harrison County, Mississippi. Venue is proper in this Court since the incident at issue occurred in D'Iberville, Harrison County, Mississippi.

5. The Defendant is the owner and operator of the "Academy Sports + Outdoor" retail store located in D'Iberville, Mississippi. On or about November 8, 2020, the Plaintiff was a business invitee in the Defendant's retail store in D'Iberville, Mississippi. As he was walking to enter the men's restroom, he slipped and fell in liquid present on the floor outside the entrance to the restroom and sustained severe injuries. The liquid was located in a known pedestrian walkway and presented an unreasonably dangerous slipping hazard of which was known or should have been known by the Defendants.

6. The Defendants were negligent in that they created the slipping hazard in the pedestrian walkway or had allowed the tripping hazard to exist for such a length of time that they should have known of the existence of the slipping hazard in the pedestrian walkway. The Defendants were further negligent in that they did not provide adequate lighting in the pedestrian area so as to make the slipping hazard visible to pedestrians and also failed to provide any warning to the Plaintiff about the existence of the slipping hazard.

7. As a direct and proximate result of the negligence of the Defendants, the Plaintiff sustained bodily injuries requiring past, present, and future medical treatment, past, present, and future physical pain and suffering, mental and emotional distress, public embarrassment, permanent disability, and loss of enjoyment of life.

8. WHEREFORE, premises considered, Plaintiff Russell I. Bistle demands judgment of and from the Defendants to be determined by the jury, together with both pre- and post-judgment interest thereon at the legal rate and all costs of this action, reasonable attorney fees, and such other and further relief as the Court deems just.

RESPECTFULLY SUBMITTED THIS, the 28th day of July, 2021.

RUSSELL I. BISTLE, Plaintiff

BY: _____
SCOTT D. SMITH, MSB No. 7601

### VERIFICATION

STATE OF MISSISSIPPI

COUNTY OF HARRISON

PERSONALLY came and appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named Russell I. Bistle, who upon his oath, states he has read the above and foregoing Complaint on the date and day set forth and that the facts and matters contained herein are true and correct.

Witness his signature this the 2nd day of July, 2021.

_____
Russell I. Bistle

Sworn to and subscribed before me, this the 2nd day of July, 2021.

_____
Notary Public

My Commission Expires: 2-16-24

Page 3 of 4

Of Counsel:

Scott D. Smith, Attorney at Law, PLLC
P.O. Box 4603
Biloxi, Mississippi 39535
Telephone: 228-385-7737
Facsimile: 228-385-7738
Email: scottsmithatty@bellsouth.net