IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RUSSELL I. BISTLE**                                                                     **PLAINTIFF**

v.                                                        CAUSE NO. 1:21CV293-LG-RHWR

**ACADEMY, LTD., doing business as Academy Sports + Outdoors, and JOHN DOES 1-5**                      **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge